**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000695
18-FEB-2025
08:08 AM
Dkt. 95 ODMR**

NO. CAAP-24-0000695

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JARED JAMES, Plaintiff-Appellant, v.
PATRICK J. O'DONNELL, M.D.; SUSAN TAN, M.D.;
SELENA PETERS, M.D.; MERLA TAKENAKA, RN;
KAPIOLANI MEDICAL SPECIALISTS;
KAPIOLANI MEDICAL CENTER FOR WOMEN AND CHILDREN;
HAWAII PACIFIC HEALTH, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-21-0000683)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of self-represented Plaintiff-Appellant Jared James's (**James**) February 9, 2025 Motion for Reconsideration of Dismissal, the papers in support, and the record, it appears James fails to demonstrate the court overlooked or misapprehended any point of law or fact in the February 4, 2025 Order Granting Motion to Dismiss Appeal. See Hawaiʻi Rules of Appellate Procedure Rule 40(a). Therefore, IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, February 18, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge